Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 840 - 1 | **DATE** | 10/15/09 |
| **CASE TITLE** | USA vs. John Hemphill | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 10/15/09. Defendant informed of his rights. Enter Order appointing Piyush Chandra of the Federal Defender Program/Panel as counsel for defendant (limited appearance). Government seeks detention. Detention hearing is set for 10/19/09 at 9:30 am. Defendant to remain in custody until further order of the Court.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|