# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 840 - 1 | **DATE** | 10/19/09 |
| **CASE TITLE** | USA vs. John Hemphill | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. For the reasons stated in open court, defendant's oral motion for bond is denied. Defendant is to remain in custody pending further order. Preliminary examination hearing is set for 10/23/09 at 11:30 a.m.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|