# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Nan Nolan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 09 CR 840 - 1 | **DATE** | 10/23/09 |
| **CASE TITLE** | USA vs. John Hemphill | | |

**DOCKET ENTRY TEXT**

Preliminary examination hearing held. Agent sworn. Enter a finding of probable cause for the reasons stated in open court. Order defendant bound to the District Court for further proceedings.

Notices mailed by Judicial staff.

01:01

| | Courtroom Deputy Initials: | LXS |
|---|---|---|