UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JAN - 7 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
             v. )
)
JOHN HEMPHILL )
            )

No. 09 CR 840

Violations: Title 18, United States
Code, Sections 1341 and 912

**COUNT ONE**

**JUDGE HIBBLER**

The SPECIAL JANUARY 2009 GRAND JURY charges:    MAGISTRATE JUDGE NOLAN

1.     Beginning no later than 2008 and continuing through in or about October 2009, at

Chicago and elsewhere, in the Northern District of Illinois, Eastern Division,

JOHN HEMPHILL,

defendant herein, together with others known and unknown, knowingly devised, attempted to devise,

and participated in a scheme to defraud and to obtain money and property by means of materially

false and fraudulent pretenses, representations, and promises, which scheme is further described

below.

2.     It was part of the scheme that defendant JOHN HEMPHILL defrauded property

owners, including but not limited to Victim A, and prospective purchasers of property by creating

fictitious deeds and releases that falsely represented that HEMPHILL, through fictitious federal

agencies, owned certain properties and then purported to sell those properties to third parties in

exchange for valuable consideration.

3.     It was further part of the scheme that defendant JOHN HEMPHILL incorporated or

caused to be incorporated business entities in the State of Illinois with names that falsely represented

that those entities were a part of, or acting under the authority of, the United States government,

including the United States Mortgage Release Corporation ("USMRC") and United States Receivers Caretakers Association ("USRCA") (collectively "USRCA"), of which defendant was the president.

4.    It was further part of the scheme that defendant JOHN HEMPHILL recorded or caused to be recorded the fictitious deeds in county recorder of deeds ("CRD") offices in various counties in Illinois, including the Cook County Recorder of Deeds ("CCRD") office, the DuPage County Recorder of Deeds Office, the Will County Recorder of Deeds office, and the Kendall County Recorder of Deeds office.

5.    It was further part of the scheme that defendant JOHN HEMPHILL typically filed or caused to be filed a fictitious deed with a CRD that purported to convey title to a parcel of property from its lawful titleholder to USRCA, and then on some occasions filed or caused to be filed a second fictitious deed that purported to convey title to the same property from USRCA (the new purported owner) to a third party. In addition, in some instances, defendant JOHN HEMPHILL filed or caused to be filed a fictitious "release deed" which purported to release mortgages on certain of the properties in question.

6.    It was further part of the scheme that defendant JOHN HEMPHILL created and recorded, and caused to be created and recorded, the aforementioned fraudulent deeds without the knowledge or consent of the lawful titleholders of the properties in question. In addition, neither HEMPHILL nor USRCA paid any consideration to the lawful titleholders of the properties in question, despite representations to the contrary in the fraudulent deeds.

7.    It was further part of the scheme that defendant JOHN HEMPHILL falsely represented to titleholders and to prospective purchasers of properties that HEMPHILL and USRCA had lawful title to these properties as a "federal receiver" or otherwise had lawful authority to convey

2

the properties to third parties. Defendant JOHN HEMPHILL also falsely represented to property owners, real estate agents, prospective purchasers of properties, and others that he was a "federal agent," an "agent of the U.S. government," or that he and his business entities were associated with the United States Department of Housing and Urban Development.

8.     It was further part of the scheme that defendant HEMPHILL then purported to sell or attempted to sell these properties to third parties in exchange for valuable consideration, usually cash payments from the third parties.

9.     It was further part of the scheme that defendant JOHN HEMPHILL and others concealed, misrepresented, and hid, and caused to be concealed, misrepresented, and hidden, the existence of the scheme, the purposes of the scheme, and the acts done in furtherance of the scheme.

10.    On or about May 14, 2009, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN HEMPHILL,

defendant herein, for the purpose of executing the aforesaid scheme to defraud, and attempting to do so, did knowingly cause to be placed in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service to Victim A, an envelope containing a letter that falsely asserted that certain property owned by Victim A had been conveyed to the United States government and that USRCA was the lawful owner of the property;

In violation of Title 18, United States Code, Sections 1341 and 2.

3

## COUNT TWO

The SPECIAL JANUARY 2009 GRAND JURY further charges:

1.     The allegations of paragraphs 1 through 9 of Count One of this indictment are realleged and incorporated as though fully set forth below.

2.     On or about September 3, 2009, at Chicago, in the Northern District of Illinois, Eastern Division and elsewhere,

JOHN HEMPHILL,

defendant herein, falsely assumed and pretended to be an officer and employee acting under the authority of the United States, and in such pretended character obtained money, namely a cashier's check for $500;

In violation of Title 18, United States Code, Section 912.


A TRUE BILL:


_____
FOREPERSON


_____
UNITED STATES ATTORNEY