*Marrero* MAGISTRATE JUDGE NOLAN  Felony CAT III

JUDGE HIBBLER  UNITED STATES DISTRICT COURT  **FILED**
NORTHERN DISTRICT OF ILLINOIS
JAN - 7 2010

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?
   NO     YES X    If the answer is "Yes", list the case number and title of the earliest filed complaint:
   09 CR 840,   U.S. v. John Hemphill,   Judge Nan R. Nolan

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO X    YES        If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?      NO X   YES
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO X   YES      If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?       NO X   YES

6) What level of offense is this indictment or information?       **FELONY X     MISDEMEANOR**

7) **Does this indictment or information involve eight or more defendants?**       NO X   YES

8) Does this indictment or information include a conspiracy count?       NO X   YES

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   | ☐ Homicide ............... (II) | ☐ Income Tax Fraud ....... (II) | ☐ DAPCA Controlled Substances (III) |
   | ☐ Criminal Antitrust ...............(II) | ☐ Postal Fraud ............ (II) | ☐ Miscellaneous General Offenses (IV) |
   | ☐ Bank robbery ............ (II) | X Other Fraud ............ (III) | ☐ Immigration Laws ...... (IV) |
   | ☐ Post Office Robbery ....... (II) | ☐ Auto Theft ............. (IV) | ☐ Liquor, Internal Revenue Laws (IV) |
   | ☐ Other Robbery .......... (II) | ☐ Transporting Forged Securities (III) | ☐ Food & Drug Laws ....... (IV) |
   | ☐ Assault ................ (III) | ☐ Forgery ................ (III) | ☐ Motor Carrier Act ........ (IV) |
   | ☐ Burglary ............... (IV) | ☐ Counterfeiting .......... (III) | ☐ Selective Service Act ..... (IV) |
   | ☐ Larceny and Theft.... ...... (IV) | ☐ Sex Offenses .......... (II) | ☐ Obscene Mail .......... (III) |
   | ☐ Postal Embezzlement ...... (IV) | ☐ DAPCA Marijuana ...... (III) | ☐ Other Federal Statutes .... (III) |
   | ☐ Other Embezzlement ..... (III) | ☐ DAPCA Narcotics ....... (III) | ☐ Transfer of Probation Jurisdiction (V) |

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. §1341 and 18 U.S.C. §912

_____
MATTHEW F. MADDEN
Assistant United States Attorney

(Revised 12/99)