IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> JOHN HEMPHILL ) <br> ) | No. 09 CR 840 <br><br> Judge William J. Hibbler |

## LIST OF WITNESSES

The defendant may or may not call the following individuals to testify:

| | |
|---|---|
| Michael Stern <br> Morning Star Development <br> 3647 N. Broadway, Chicago, IL | Charles Ogletree <br> Harvard University |
| Jim Ryan (Former Illinois Attorney General) | Henry Louis Gates, Jr. |
| Judge James F. Holderman | U.S. Rep. Danny Davis |
| Judge C. Allen McConnell <br> Toledo, Ohio Municipal Housing Court | Marcella Hamphiet <br> 11721 S. Princeton, Chicago, IL |
| Shirley Coleman (Former) Alderwoman for the 16th Ward | |
| Jonathan Persus Hemphill <br> 3832 N. 50th, Milwaukee, WI | Anthony Perkens <br> (Anthony Hopkins) <br> City of Chicago |

| | |
|---|---|
| Mark Bovit<br>1132 S. Wabash, Chicago | Jessie White<br>IL Sec. of State |
| Arthur R. Van Dervant<br>Illinois Receivers Corp. | |

                                                Respectfully submitted,

                                                           s/
                                              _____
                                              Gary Ravitz, Standby Counsel
                                              for John Hemphill

Ravitz & Palles, P.C.
203 N. LaSalle Street, Ste. 2100
Chicago, IL 60601
(312) 558-1689