MEMORANDUM OF INTERVIEW

| | | |
|---|---|---|
| CASE NUMBER | : | 1791305-MF |
| PERSON INTERVIEWED | : | Willie Jones, Jr. |
| PLACE OF INTERVIEW | : | U.S. Attorney's Office<br>219 South Dearborn<br>Chicago, IL 60604 |
| DATE OF INTERVIEW | : | July 23, 2010 |
| TIME OF INTERVIEW | : | 11:40 am – 12:55 pm |
| INTERVIEWED BY | : | Richard Flowers, Postal Inspector<br>Guadalupe Chavez, Special Agent, HUD-OIG<br>Matthew Madden, Assistant U.S. Attorney<br>Greg Deis, Assistant U.S. Attorney |

On Friday, July 23, 2010, Willie Jones, Jr. (Jones) was interviewed about a property he purchased located at 9205 South State Street, Chicago, IL (State St.). Before the interview began Jones was apprised of the identities of the interviewing agents and the purpose of the interview. The following information was voluntarily provided by Jones.

Jones stated he is currently pursing a Bachelor's Degree in Construction Management from Westwood College. Jones added he also owns and operates a construction company called Exterior World.

Jones said in approximately February or March 2009 he was advertising for his business when he was contacted by a man named William Green (Green). Jones added he and Green knew some of the same people, and Green offered to help Jones with his advertising. Jones also said he declined the offer by Green, but he persistently called over the next 4 – 5 months.

Jones stated in approximately June 2009, Green called him and said he had houses for sale. Jones added he told Green lets take a look. Jones said he did a "background check" on Green, contacting people they both knew, found out were Green lived, and attended church.

Jones said Green called him and said he had a "burnout" for sale located at 9205 South State Street, Chicago, IL. Jones added he and Green went to State St., but Green did not want to go inside. Jones also said he asked Green if he was a realtor and Green told him he wasn't, but he had partners that were. Jones

GOVERNMENT EXHIBIT
A
JH 466

added he asked to meet Green's partners but he would not let him. Jones stated he asked Green for his Driver's License information but Green refused to provide it.

Jones stated his wife, Erica Jones (Erica) also met with Green. Jones added he and his wife decided to purchase the property. Jones also stated he withdrew approximately $6,000 in cash from the bank to pay Green for State St. Jones added he met Green at the McDonald's on 95th and State Street, in Chicago, IL to pay for the property. Jones said after he paid Green, Green told him he would have the deed for the property in a few hours. Jones stated he had to call Green, but they agreed to meet the following morning so he could get the deed. Jones added Green did not show up for their meeting and the day after he was able to meet with Green. Jones said Green told him the owner of State St. won't sign the deed. Jones added Green had a Quit Claim Deed with him for State St. when they met. Jones was shown a copy of a Quit Claim Deed and Jones stated this was the same deed Green had with him. A photocopy of the deed shown to Jones is attached as Exhibit 1.

Jones said Green didn't want to put his name on the deed. Jones added his attorney contacted Green.

Jones stated he did a title search on the Cook County Recorder of Deeds (CCRD) website and saw that United States Receivers Caretakers Association (USRCA) was listed on the title. Jones added when he went to the Water Department he found out who was listed on the State St. deed.

Jones said Green told him that he got State St. through Jerome "J.J." Richardson, which worked for John Hemphill (Hemphill). Jones added Green also provided him with an address on East 79th Street.

Jones stated he went to the USRCA office in approximately August 2009. Jones added he went to USRCA and Green met him there. Jones added there were 2 men and 1 female at the office. Jones said he asked to speak with the "boss", and the woman said he was not there. Jones added the woman called the "boss" on the phone and he stated he was downtown taking care of some paperwork and could meet with Jones later that evening. Jones said he returned to the USRCA later that evening with Green and Erica, but Hemphill did not show. Jones added they left and the office closed up. Jones also said he and Erica sat outside in their car, and saw a man enter the office using a key at approximately 8 or 9 p.m. Jones added he called Green to get a description of Hemphill and the man who entered the office fit the description given to him by Green.

Jones said he went to the USRCA office the next morning but Hemphill was not there. Jones added he asked the woman for Hemphill's cell phone number, but the woman would not give it to him. Jones said Erica later came to the office, and they called the Chicago Police Department. Jones added an officer

JH 467

responded but told him that the federal government is out of their jurisdiction. Jones stated they left and went to their house to get Erica's car so they could stake out the office again. Jones added he contacted Green again.

Jones stated he and Erica go back to the USRCA office the next day and ask for Hemphill. Jones added the person in the office gets Hemphill on the phone and then places the phone on speaker. Jones said Hemphill said he was on the way to the office. Jones also said when Hemphill arrived at the office one of the men at the office pointed him out to Hemphill. Jones added Hemphill apologized and said, "Let's get this resolved".

Jones said he brought with him a notarial record which he received from the CCRD. Jones added he brought the document with him because Tammy Richardson's name was on the deed and the notarial record required Richardson's signature and thumbprint. Jones also said the document needed to be notarized, and Hemphill wanted to go to Indiana to obtain the notary stamp. Jones added Hemphill had a stack of the notarial records with a notary stamp already on them. Jones stated Hemphill copied the notarial record and asked for a second. Jones added Hemphill then placed his own thumb print on the document and signed the name of Tammy Richardson. A photocopy of the notarial record is attached as Exhibit 2.

Jones stated a man pulled up in a BMW and Hemphill left with the man. Jones added he and Erica followed Hemphill to a McDonald's. Jones added he and his wife wait in the parking lot for approximately an hour for Hemphill to come out. Jones said when Hemphill comes out he shows him and Erica a badge and says he was licensed by the government to take houses. Jones added at this time Erica pulls out her badge and Hemphill had a look on his face like "I'm fucked". Jones also stated Hemphill calmed down and walked away.

Jones said he continued to drive by the USRCA office, but never saw Hemphill. Jones added he continued to call Hemphill without a resolution, but Hemphill began to get vulgar and forceful. Jones also said when he didn't back down, Hemphill said he's not afraid of anyone that's why he keeps security with him.

Jones stated he attended one of Hemphill's court appearances and the defendant was the same person known to him as John Hemphill.

Jones said he completed the following repairs at State St; gutted it out, replaced the roof, replaced the back porch, installed new electrical, made structural repairs, and put on new siding. Jones added he stopped working on State St. in approximately August 2009.

Jones stated he planned to rent out the State St. property.

JH
468

Richard Flowers
U.S. Postal Inspector

JH
469

# Memorandum of Interview

Willie Jones (Jones), was interviewed in person at The Dirksen Federal Building, 219 S. Dearborn by Special Agent Guadalupe Chavez of the U.S. Dept. of Housing and Urban Development (HUD), Office of Inspector General (OIG) on August 10, 2010. Jones was apprised of the identity of the interviewing agent and the nature of the interview. Also present during this interview was Assistant US Attorney Matt Madden. Jones voluntarily provided the following information:

AUSA Madden showed Jones photographs taken by Postal Inspector Flowers of a property located at 9203 S. State. AUSA Madden showed Jones photographs number one and number four. Jones identified this home as 9203 S. State and the home he purchased from John Hemphill (Hemphill). He added he paid $6910.00 for this home in cash.

Jones remodeled this home. Jones reported he gutted the home, did electrical work and added a new roof. He cut the grass, fixed the siding, brought a dumpster and purchased material for the remodeling. Total expenses paid for the remodeling was approximately $20,000. He added he also paid the water bill which was approximately $1300.

AUSA Madden showed Jones photographs of the United States Receivers Caretakers Association (USRCA) office located at 211 E. 79th Street, Chicago, Il. AUSA Madden showed Jones photographs numbers 3772, 3773, and 3774; Jones identified the office in the photographs as the USRCA office. He described the office as very open, one desk, with a computer up front and a back enclosed room.

According to Jones, during his meeting with Hemphill at the McDonalds, located on 79th street, Jones's wife, Erica Jones (Erica) did not show Hemphill her law enforcement badge. Jones reported that Hemphill showed them his badge and after leaving Erica told Jones that her badge was a real badge. Jones added that Erica showed Jones her badge and did not show it to Hemphill. Jones added that Erica asked Hemphill what department or agency he worked with and Hemphill did not respond.

INTERVIEW CONDUCTED BY:     Special Agent Guadalupe Chavez
                                       Assistant U.S. Attorney Matt Madden
DATE OF INTERVIEW:         August 10, 2010
DATE REPORTED:             August 11, 2010

This report is the property of the Office of Investigation. It contains neither recommendations nor conclusions of the Office of Inspector General. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined under 5 U.S.C.§ 552 (Rev 07-07-08).