# SOURCE OF INCOME

SOLD DAAVAT RESTAURENT LOCATED AT 211 W. WALTON BUSINESS FOR $160,000.00 PLUS 27,000.00 GOT LOAN FROM THRIFT SAVING ACCOUNTS.

I BOUGHT 9311 S. WABASH SINGLE FAMILY HOME FROM ANTHONY ALLEN FOR $35,000.00 IN FEB. 2009. PLUS I REPAIRED HOME SPENT ABOUT $10,000.00

ANTHONY ALLEN SAID THAT HIS BROTHER JANATHON HAMPHILL IS A US GOVT. RECEIVER AND HE WILL TAKE CARE MY GAS STATION AND MY 3 PAID OFF HOUSES. I MET HIM NEXT WEEK AROUND MIDDLE OF FEB. 2009. HE WAS TELLING ME THAT HE IS A FEDERAL EMPLOYEE.


GOVERNMENT EXHIBIT B
CARDELS 800-783-0399

HE TOOK $15,000.00 FOR BRING GAS AT GAS STATION (300 W. GARFIELD) PLUS $5,000.00 PAID FOR TANK CLEANING.

AND I CAN ZIP-OFF MY MORTGAGE.
HE SAID THAT ~~GOVT.~~ US GOVT HAVE BILLIONS OF DOLLARS FOR LOW INCOME PEOPLE, US GOVT. WILL TALK TO ~~NO~~ PARK NATIONAL BANK AND PAID OFF MY MORTGAGE. MEANWHILE WE HAVE TO PAY HIM EVERY MONTH MORTGAGE MONEY (AROUND $14,000.00) AFTER MORTGAGE PAID OFF WE HAVE TO PAY TO US GOVT. 28% OF MORTGAGE AS TAXES. ~~HE TOOK~~ HE TOOK ABOUT $70,000.00 FOR MORTGAGE PLUS $10,000.00 FOR PROCESSING FEES

I BOUGHT ~~$~~ 8 HOUSES FROM ~~FOR~~ HIM ~~PAID~~ PAID AS DOWN PAYMENT $40,000.00

I BOUGHT ONE GAS STATION LOCATED AT 8600 S. STONY ISLAND PAID DOWN PAYMENT $25,000.00

I BOUGHT ONE MORE HOUSE LOCATED AT 5429 S. DREXEL PAID DOWN PAYMENT $25,000.00

1) SABERA IQBALUDDIN
2650 E. 142ND ST. CHICAGO, IL 60633
PIN #

2) SABERA IQBALUDDIN
1022 PARK FORD HEIGHTS
PIN # 32-23-121-062-0000

3) SABERA IQBALUDDIN
5407 HARPER, CHICAGO, IL
PIN # 20-11-426-200-0000

4) ABUL IQBALUDDIN AND SABERA IQBALUDDIN
8600-06 S. STONY ISLAND CHICAGO, IL

5) SABERA IQBALUDDIN
836 WILLIAM ST. CALUMET CITY IL 60
PIN # 30-19-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

6) ABUL IQBALUDDIN AND SABERA IQBALUDDIN
7915 S. MICHIGAN, CHICAGO, IL
PIN # 20-34-102-130-0000

ABUL IQBALUDDIN
9311 S. WABASH, CHICAGO, IL 60619
PIN #

① ABUL HABEEBUDDIN
1177 S. EAST AVE, OAK PARK, IL 60304
PIN # 16-18-425-041-0000

SABERA IQBALUDDIN
226 E 89th St CHICAGO, IL
PIN # 25-03-116-035-0000

R

13-13-129-037-1031
16-18-425-041-0000
20-09-416-073-0000

$1,800,000.00

300 W. Garfield
20-09-416-073
074
075

ABUL E IQBALUDDIN AND SABERA IQBALUDDIN
932 E. 44th St. CHICAGO, 60653
PIN # 20-02-301-040-0000

---

ZOYA IQBALUDDIN
407 DEVONSHIRE CT.
BOLINGBROOK IL 60440
PIN # 02-14-303-118-0000

---

HASEEB IQBALUDDIN
445 E. MONTANA AVE,
GLENDALE HEIGHTS IL 60139
PIN # 02-26-307-012-0000

---

SABERA IQBALUDDIN
7845 S. INDIANA, CHICAGO, IL
PIN # 20-27-321-014-0000

# UNITED STATES RECEIVERS CARETAKERS ASSN.

# RECEIPT

3/26/09

RECEIVED THE AMOUNT OF $ 500.00                               DOLLERS

FROM    ABUL IQBALUDDIN   SABERA IQBALUDDIN
        932 E 44 ST CHICAGO, ILL 60653

FOR:    PURCHASE PROPERTY LOCATION
        4629 S. CICERO AVE. CHICAGO, ILL 60632

UNITED STATES RECEIVERS CARETAKERS ASSN.
U.S. GOVERNMENT.
10721 W.CAPITAL DR. WAUWATOSA WI 53222
(312)391-7292

_____          _____
U.S. RECEIVING OFFICER                    ABUL IQBALUDDIN

                                          _____
                                          SABERA IQBALUDDIN

UNITED STATES RECEIVERS CARETAKERS ASSN.

# RECEIPT

3/26/09

RECEIVED THE AMOUNT OF $ 3,500.00                                    DOLLERS

REMAINING BALANCES    $ 637,000.00                                   DOLLERS


FROM    ABUL IQBALUDDIN

       932 E 44 ST CHICAGO, ILL 60653


FOR:    PROPERTY LOCATION

       300 W. GARFEILD BLVD CHICAGO, ILL 60620


UNITED STATES RECEIVERS CARETAKERS ASSN.
U.S. GOVERNMENT.
10721 W.CAPITAL DR. WAUWATOSA WI 53222
(312)391-7292  (414) 393-9300

_____                    _____
U.S. RECEIVING OFFICER                        SABERA IQBALUDDIN

                                              _____
                                              ABUL IQBALUDDIN

UNITED STATES RECEIVERS CARETAKERS ASSN.

# RECEIPT

3/26/09

RECEIVED THE AMOUNT OF $ 12,500.00     DOLLERS

REMAINING BALANCES     $     DOLLERS


FROM     ABUL IQBALUDDIN

    932 E 44 ST CHICAGO, ILL 60653


FOR:     PROPERTY LOCATION

    5449 S. DREXEL BLVD CHICAGO, ILL 60615


UNITED STATES RECEIVERS CARETAKERS ASSN.
U.S. GOVERNMENT.
10721 W.CAPITAL DR. WAUWATOSA WI 53222
(312)391-7292  (414) 393-9300

_____
U.S. RECEIVING OFFICER

_____
SABERA IQBALUDDIN

_____
ABUL IQBALUDDIN

# UNITED STATES RECEIVERS CARETAKERS ASSN.

# RECEIPT

3/26/09

RECEIVED THE AMOUNT OF $ 15,000.00                    DOLLERS

REMAINING BALANCES        $                           DOLLERS


FROM    ABUL IQBALUDDIN

        932 E 44 ST CHICAGO, ILL 60653


FOR:    PROPERTY LOCATION

        300 W. GARFIELD BLVD CHICAGO, ILL 60620


UNITED STATES RECEIVERS CARETAKERS ASSN.
U.S. GOVERNMENT.
10721 W.CAPITAL DR. WAUWATOSA WI 53222
(312)391-7292  (414) 393-9300

_____     _____
U.S. RECEIVING OFFICER              SABERA IQBALUDDIN

                                          _____
                                          ABUL IQBALUDDIN

# WARRANTY DEED

We accepts the title to single family and multi-unit buildings in danger of foreclosure, abandonment and halts or correct dangerous and hazardous conditions to halt their deterioration. This property is convey To UNITED STATES MORTGAGE RELEASE CORP. CHICAGO, ILL 60621 given said time to bring up to code and pay off all encumbrances and sell to settle monies, these power are invested in her under the Municipalities by-law {LR} CH APP 183 /190/35 LI CH 376. /14lt 208 12 Jur (NS) 281/14WR/322}.

THE GRANTOR SABERA B IQBALUDDIN ABUL F. IQBALUDDIN 932 E. 44TH CHICAGO, ILLINOIS 60653

Of the city of Chicago, county of Cook, State of Illinois, for an consideration in hand paid, CONVEY and TEN and 00/100 ($10.00) DOLLARS and other good and valuable consideration In hand paid,

All interest in the following described Real Estate situated in the County of Cook, State of Illinois.

Hereby releasing and waiving all rights under and by virtue of the homestead Exemption Laws of the State of Illinois, SUBJECT TO; General Estate taxes not due and payable as of the date hereof; building lines and building laws and ordinances; use and occupancy restrictions; conditions and utility easements; special Government Assessment; unconfirmed taxes of assessments, if any.

PERMANENT REAL ESTATE INDEX NUMBER       60139
ADDRESS OF PROPERTY; 445 E. MONTANA AVE GLENDALE HEIGHT, ILLINOIS 60639

I, the undersigned, a Notary public, in and for the
County and State aforesaid, DO HEREBY CERTIFY that;

Given under my Hand Seal                Personally known to me to the same person(S)whose name( S)
Commission expires                      Subscribed to the foregoing instrument, appeared before me
   4/17/09                              this Day in person and acknowledged that the signed, sealed
                                        And Delivered the said instrument as the free and voluntary
                                        act, for the uses and purposes, therein set forth, including
                                        The release and waiver of the right homestead.

U.S. RECEIVING OFFICER

Prepared by : UNITED STATES MORTGAGE RELEASE CORP.
              10721 W. CAPITOL
              WAUWATOSA, WI 53222

THIS DOCUMENT IS SUBJECT TO BONDING AGREEMENT

U.S. GOVERNMENT..........................................................WWW.U.S. RECEIVERS CARETAKERS ASSOCIATION.COM

## STATEMENT BY GRANTOR AND GRANTEE

The **grantor** or his agent affirms that, to the best of his knowledge, the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated April 17, 20 09

Signature: _____
Grantor or Agent

Subscribed and sworn to before me
By the said John Hemphill
This 17, day of April, 20 09
Notary Public John Noel

"OFFICIAL SEAL"
JOHN NOEL
Notary Public, State of Illinois
My Commission Expires Nov. 05, 2012

The **grantee** or his agent affirms and verifies that the name of the **grantee** shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Date April 17, 20 09

Signature: _____
Grantee or Agent

Subscribed and sworn to before me
By the said John Hemphill
This 17, day of April, 20 09
Notary Public John Noel

"OFFICIAL SEAL"
JOHN NOEL
Notary Public, State of Illinois
My Commission Expires Nov. 05, 2012

Note: Any person who knowingly submits a false statement concerning the identity of a **Grantee** shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to **deed** or **ABI** to be recorded in Cook County, Illinois if exempt under provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

# WARRANTY DEED



Doc#: 0904934064 Fee: $40.00
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 02/18/2009 01:48 PM Pg: 1 of 3

This property is convey
to   ABUL IQBALUDDIN
     932 E. 44 ST CHICAGO, ILL 60615

THE GRANTOR   UNITED STATES RECEIVERS CARETAKERS ASSN.
              10721 W. CAPITOL DR. WAUWATOSA, WI 53222

Of the city of Chicago, county of Cook, State of Illinois, for an consideration in hand paid, CONVEY and
TEN and 00/100 ($10.00) DOLLARS and other good and valuable consideration
In hand paid,

All interest in the following described Real Estate situated in the County of COOK, State of Illinois.

Hereby releasing and waiving all rights under and by virtue of the homestead Exemption Laws of the State
of Illinois, SUBJECT TO; General Estate taxes not due and payable as of the date hereof; building lines and
building laws and ordinances; use and occupancy restrictions; conditions and utility easements; special
Government Assessment; unconfirmed taxes of assessments, if any.

PERMANENT REAL ESTATE INDEX NUMBER
ADDRESS OF PROPERTY; 9311 S. WABASH CHICAGO, ILL 60619

I, the undersigned, a Notary public, in and for the
County and State aforesaid, DO HEREBY CERTIFY that;

Given under my Hand Seal           personally known to me to the same person(S)whose name( S)
Commission expires                 Subscribed to the foregoing instrument, appeared before me
                                   this Day in person and acknowledged that the signed, scaled
_____                And Delivered the said instrument as the free and voluntary
                                   act, for the uses and purposes, therein set forth, including
                                   The release and waiver of the right homestead .

U.S. RECEIVING OFFICER

THIS DOCUMENT IS SUBJECT TO BONDING AGREEMENT

PERPARED BY                        Exempt under Real Estate Transfer Tax Law 35 ILCS 200/31-45
                                   sub par. ___E___ and Cook County Ord. 93-0-27 par. ___E___
U.S. MORTGAGE RELEASE CORP.
10721 W. CAPITOL DR. WAUWATOSA WI  Date  02/18/09   Sign. _____
53222.

UNITED STATES GOVERNMENT.   ..........................U.S.RECEIVERS CARETAKERS ASSOCIATION.COM

# WARRANTY DEED

We accept the title to single family and multi-unit buildings in danger of foreclosure, abandonment and halts or correct dangerous and hazardous conditions to hart their deterioration. This property is convey to UNITED STATES RECEIVERS CARETAKERS ASSOCATION, given said time to bring up to code and pay off all encumbrances and sell to settle monies, these power are invested in her under the Municipalities by-law {LR} CH APP 183/190/35 LI CH 376. /14LT 208 12 Jur (NS) 281/1WR/322}

THE GRANTOR: ABUL IQBALUDDIN AND SABERA IQBALUDDIN

Of the Chicago, county of Will, State of Illinois, for an consideration in hand paid, CONVEY and TEN and 00/100 ($10.00) DOLLARS and other good and valuable consideration
In hand paid,

All interest in the following described Real Estate situated in the County of Will, State of Illinois.

Hereby releasing and waiving all rights under and by virtue of the homestead Exemption Laws of the State of Illinois, SUBJECT TO; General Estate taxes not due and payable as of the date hereof; building lines and building laws and ordinances; use and occupancy restrictions; conditions and utility easements; special Government Assessment; unconfirmed taxes of assessments, if any.

PERMANENT REAL ESTATE INDEX NUMBER
ADDRESS OF PROPERTY: 407 DEVONSHIRE CT, BOOLING BROOK, IL 60440

I, the undersigned, a Notary public, in and for the
County and State aforesaid, DO HEREBY CERTIFY that;

Given under my Hand Seal
Commission expires
4/29/2009

Personally known to me to the same person(s) whose name(s) subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that the signed, sealed and delivered the said instrument as the free and voluntary act, for the uses and purposes, therein set forth, including the release and waiver f the right homestead

U.S. RECEIVING OFFICER

Prepared by: UNITED STATES MORTGAGE RELEASE CORP.
10721 W. CAPITOL
WAUWATOSA, WI 5322

THIS DOCUMENT IS SUBJECT TO BONDING AGREEMENT

U.S. GOVERNMENT..............................WWW.U.S.RECEIVERSCARTAKERSASSOCATION.COM

# WARRANTY DEED

We accept the title to single family and multi-unit buildings in danger
of foreclosure, abandonment and halts or correct dangerous and hazardous
conditions to hart their deterioration. This property is convey to ABUL IQBALUDDIN AND SABERA
IQBALUDDIN, given said time to bring up to code and pay off all encumbrances and sell to settle
monies, these power are invested in her under the Municipalities by-law {LR} CH APP 183/190/35 LI
CH 376. /14LT 208 12 Jur (NS) 281/1WR/322}

THE GRANTOR: UNITED STATES RECEIVERS CARETAKERS ASSOCATION

Of the Chicago, county of Cook, State of Illinois, for an consideration in hand paid, CONVEY and TEN
and 00/100 ($10.00) DOLLARS and other good and valuable consideration
In hand paid,

All interest in the following described Real Estate situated in the County of Cook, State of Illinois.

Hereby releasing and waiving all rights under and by virtue of the homestead Exemption Laws of the
State of Illinois, SUBJECT TO; General Estate taxes not due and payable as of the date hereof; building
lines and building laws and ordinances; use and occupancy restrictions; conditions and utility easements;
special Government Assessment; unconfirmed taxes of assessments, if any.

PERMANENT REAL ESTATE INDEX NUMBER
ADDRESS OF PROPERTY: 16608 ELM STREET

I, the undersigned, a Notary public, in and for the
County and State aforesaid, DO HEREBY CERTIFY that;

Given under my Hand Seal        Personally known to me to the same person(s) whose name(s)
Commission expires              subscribed to the foregoing instrument, appeared before me
                                this day in person and acknowledged that the signed, sealed
                                and delivered the said instrument as the free and voluntary
_1/20/2004_                     act, for the uses and purposes, therein set forth, including the
                                release and waiver f the right homestead

U.S. RECEIVING OFFICER

Prepared by: UNITED STATES MORTGAGE RELEASE CORP.
             10721 W. CAPITOL
             WAUWATOSA, WI 53222

THIS DOCUMENT IS SUBJECT TO BONDING AGREEMENT

U.S. GOVERNMENT...........................WWW.U.S.RECEIVERSCARTAKERSASSOCATION.COM

# WARRANTY DEED

We accept the title to single family and multi-unit buildings in danger of foreclosure, abandonment and halts or correct dangerous and hazardous conditions to hart their deterioration. This property is convey to UNITED STATES RECEIVERS CARETAKERS ASSOCATION, given said time to bring up to code and pay off all encumbrances and sell to settle monies, these power are invested in her under the Municipalities by-law {LR} CH APP 183/190/35 LI CH 376. /14LT 208 12 Jur (NS) 281/1WR/322}

THE GRANTOR: MARK HOPKINS

Of the Chicago, county of Cook, State of Illinois, for an consideration in hand paid, CONVEY and TEN and 00/100 ($10.00) DOLLARS and other good and valuable consideration
In hand paid,

All interest in the following described Real Estate situated in the County of Cook, State of Illinois.

Hereby releasing and waiving all rights under and by virtue of the homestead Exemption Laws of the State of Illinois, SUBJECT TO; General Estate taxes not due and payable as of the date hereof; building lines and building laws and ordinances; use and occupancy restrictions; conditions and utility easements; special Government Assessment; unconfirmed taxes of assessments, if any.

PERMANENT REAL ESTATE INDEX NUMBER
ADDRESS OF PROPERTY: 1660 ELM STREET

I, the undersigned, a Notary public, in and for the
County and State aforesaid, DO HEREBY CERTIFY that;

Given under my Hand Seal
Commission expires
_3/15/2004_

Personally known to me to the same person(s) whose name(s) subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that the signed, sealed and delivered the said instrument as the free and voluntary act, for the uses and purposes, therein set forth, including the release and waiver f the right homestead

U.S. RECEIVING OFFICER

Prepared by: UNITED STATES MORTGAGE RELEASE CORP.
10721 W. CAPITOL
WAUWATOSA, WI 5322

THIS DOCUMENT IS SUBJECT TO BONDING AGREEMENT

U.S. GOVERNMENT............................WWW.U.S.RECEIVERSCARTAKERSASSOCATION.COM