January 11, 20011

RE: Mr. Hemphill

Hello, Your Honor:

I am one of the long-term unemployed, and as a result, my life has been a struggle for a long time. My search for work has been unsuccessful, and part of my struggle has been to keep my faith and my hope that things will get better, alive.

I have to leave the place where I have been living for many years because I am not able to keep up the costs. My intention had been to move into the house that had been my parent's before their deaths, as that is the only place that I really have to go.

I discovered early last year that there were squatters living in my parents' house. On that day in April, I returned to the house with the police and we encountered the son of the woman who obtained the occupancy of the house from Mr. Hemphill. The police spoke to the woman, who was at work, and told her that I was there claiming ownership of the house. It was almost another two months before I was able to find out how she came to live in my house and that Mr. Hemphill was responsible.

I am keeping this letter brief, because I am exhausted. I began moving a few days ago, and our family suffered the death of a dear relative, and the services were this weekend and the burial at a cemetery over 1 ½ hours away was yesterday.

I was at the emergency room with chest pains about a week ago. I did not have a prior condition that would cause the pains, and I was told that they might be a result of stress. I have to follow up on this condition with my doctors.

Because I do not have access to my house, I have to store my belongings at what will be approximately $300.00 per month, in addition to the moving costs to storage. And I will have to pay what I estimate at this point to be $700.00 to $900.00 to move my belongings from storage to my house when I can finally get into it. I have almost no income. I will have to try to borrow from family or friends, and they are also financially stressed. I am not guaranteed to be able to come up with the costs involved. If I cannot pay my storage costs, I will lose my belongings.

I had personal items of my own and my parents in my house. I do not know what has become of these things. I spoke to the woman who is living there with several family members, in hopes that I could avoid legal action to remove her, which I thought she might think was beneficial. She said that she agreed that it would be, and we arranged a date two days later and time to meet at the house. I asked her if I could come to see the inside of the house



GOVERNMENT
EXHIBIT

A

CARDELLS 800-785-0399

because it had been a long time since I had been able to check on the condition of the inside. She told me," of course, that she would be happy to have me come" (she told the postal investigator who visited her that she was hoping that I would rent the home to her, but I told her during our conversation, and I had told the postal inspector, that I would need to move into the house, and that I would need to move in urgently, but I was willing to give her more than a month to move.) We were going to further discuss her move-out date when I visited her two days later, but she has not, even to this date, returned my calls. My only conversation with her was a civil one on both sides, so I did not expect this to be the result.

I will need to evict this woman and her family, and I do not have money for an attorney. There will be costs associated with the eviction, and I don't even know what they are at this point. This will also be a stressful process for me.

I have a relative who lives out of state whom I could live with, but I need to be in Chicago to continue to network for jobs and to take care of other affairs. I cannot afford to travel back and forth. Since I had no other place to go in the Chicago area, I had to register as homeless with a shelter, and I was preparing to move there (and I was afraid to do so), until a relative offered me a small room in her apartment a few days ago. Being considered homeless certainly did not help my effort to keep a positive outlook.

I am concerned about my parents' home. It was all they had, and now, all that I have, and as I mentioned above, it is a struggle to hold on to it. As I now see how this woman plans to proceed, I wonder about the condition that they will leave the home in. She told me that she and her family think that it is a very nice house, and they want to continue to live there with their children. So, I assume, I pray, that there has been no harm done to the home, and that there will be none done in the future. My sense of security for myself and my house has been upset. I also have had to send my cat, a beloved pet, to live with people I barely know. She has been terrified, I can hear her crying in the background when I call to see how she is doing, and her caretakers have not been treating her as a cat in a strange place should be treated; although, I know that they are trying to do a good job of taking care of her. I think of her in distress and it hurts me very much.

I hope Mr. Hemphill will realize what havoc he has wreaked in people's lives, he certainly has in mine, financially, emotionally and physically.

Thank you for your consideration, Your Honor.

Sincerely,