**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | Case No: 09-CR-840-1 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| | ) | |
| John Hemphil | ) | |

## ORDER

Show cause hearing held on 10/4/16. The parties report that they have been unable to reach Defendant, and Defendant has not been in contact with the Probation Office. Furthermore, the Probation Office has tried to contact Defendant at his last known address, but has not been able to reach him and has received no response from him. At this point, the Probation Office does not know Defendant's whereabouts. Accordingly, Defendant is in violation of Standard Condition No. 6 of his supervised release. The clerk is directed to issue a bench warrant as to John Hemphill for violating Standard Condition No. 6 of his supervised release.

_____
John Z. Lee
U.S. District Court Judge

10/4/16

.10