**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| United States of America<br><br>Plaintiff(s),<br><br>v.<br><br>John Hemphill<br><br>Defendant(s). | Case No. 09 CR 0840<br><br>Judge: Harry D. Leinenweber<br>Magistrate Judge: Mary M. Rowland |

### **ORDER**

Status hearing held. Defendant John Hemphill appears in response to the bench warrant [211] issued on 10/5/16. John T. Kennedy of the Federal Defender Panel appears on behalf of defendant. Defendant advised of his rights. Defendant shall remain in custody until further order of the court. Parties shall contact Judge Leinenweber's chambers to set a status hearing.

(T:)     00:05

Date:  1/11/2018                                      /s/ Mary M. Rowland
                                                            Mary M. Rowland, U.S. Magistrate Judge