UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF Illinois
NORTHERN DIVISON

UNITED STATES OF AMERICA
PLAINTIFF

NO. 1:09-CR-00840-1

JOHN HEMPHILL
DEFENDENT

Honorable Judge Harry D. Leinenweber

ORDER
Motion of HEARING

This MATTER Comes before the court for its Consideration of defendent John Hemphill Prose, ORDER OF HEARING.

ORDER for Hearing Within 72 working hours from the date of filing, to HEAR MOTION To Reopen Supervise Release Revocation Sentence, Motion For Acquittal, There was a motion date set on April 10 2018 9:30 Which Mr Hemphill as prose, was not called over for status hearing his right as Prose, and to Appear to set his on post dates Was Violateded A date for April 26 2018 was set by Standby Councel with on Consideration, the date in Question is to Long just for Adv Adjustment or to Add Halfway house That was stipulated in the Sentence Agreement in the begainning.

**FILED**
APR 16 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Respectfully Submitted

John Hemphill
 Pro Se,

*John Hemphill* (signature)

Date 4-11-2018

John Hemphill #22826429
Metropolitan Correctional
Center 71 W Van Buren
Chicago, IL 60605

To The Clerk of The Seventh Circuit
Court 219 South DearBorn Chicago,
Illinois 60604

John Hemphill # 22926029
Metropolitan Correctional
Center 71 W VanBuren Chicago,
Illinois 60605

Legal Mail

To The Clerk of The Northen District
of The Seventh Circuit 219 So
Dearborn Chicago, Illinois
60604

04/16/2018-27

Please Record

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.≅

Date: 04-12-2018